UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHERIE R. DILLON, individually and as the trustee of THE KENNETH AND CHERIE DILLON LIVING TRUST; KENNETH G DILLON, individually and as the trustee of THE KENNETH AND CHERIE DILLON LIVING TRUST; THE KENNETH AND CHERIE DILLON LIVING TRUST; THE KENNETH AND CHERIE DILLON IRREVOCABLE TRUST; AND SUE SHELLY, trustee of THE KENNETH AND CHERIE DILLON IRREVOCABLE TRUST,<br><br>Defendants. | Case No. 1:23-cv-00355-BLW<br><br>**MEMORANDUM DECISION & ORDER** |

Before the Court is Defendant Cherie Dillon's Motion to Stay (Dkt. 16). Ms. Dillon filed this motion in three cases pending in this District: (1) *U.S. v. Dillon*, Case No. 16-cr-37; (2) *U.S. v. Dillon*, Case No. 17-cv-498, and (3) the above-captioned case. In the criminal case, the Court entered an order explaining that it

ORDER - 1

will deny the stay request in all three actions. Accordingly, **IT IS ORDERED** that Ms. Dillon's Motion to Stay (Dkt. 16) is **DENIED.**

DATED: January 31, 2024

_____
B. Lynn Winmill
U.S. District Court Judge

ORDER - 2