UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHERIE R. DILLON, individually and as the trustee of THE KENNETH AND CHERIE DILLON LIVING TRUST; KENNETH G DILLON, individually and as the trustee of THE KENNETH AND CHERIE DILLON LIVING TRUST; THE KENNETH AND CHERIE DILLON LIVING TRUST; THE KENNETH AND CHERIE DILLON IRREVOCABLE TRUST; AND SUE SHELLY, trustee of THE KENNETH AND CHERIE DILLON IRREVOCABLE TRUST,<br><br>    Defendants. | Case No. 1:23-cv-00355-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

Before the Court is Defendant Cherie R. Dillon's pro se Motion (Dkt. 30). In essence, Ms. Dillon is asking the Court to provide relief from entry of default to her spouse, Defendant Kenneth G. Dillon. The Court will deny this motion for the reasons set forth in its previous ruling on this issue. *See Jan. 31, 2024 Order,* Dkt. 29. In short, if Mr. Dillon wishes to seek relief from entry of default, he must seek that relief on his behalf. Ms. Dillon cannot do so for him. The Court notes that on

June 28, 2024—after Ms. Dillon filed the currently pending motion—Mr. Dillon filed a motion on his behalf. *See Motion [for] Relief from Judgment,* Dkt. 32. The Court will resolve Mr. Dillon's motion when it ripens. In the meantime, the Court will deny Ms. Dillon's pending motion. Accordingly,

**IT IS ORDERED THAT** Defendant Cherie R. Dillon's Motion (Dkt. 30) is **DENIED.**

DATED: July 29, 2024

B. Lynn Winmill
U.S. District Court Judge